JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE BOBADILLA,<br><br>        Petitioner,<br><br>    v.<br><br>C. GIPSON, Warden,<br><br>        Respondent. | Case No. CV 13-8456-CJC (JEM)<br><br>**JUDGMENT** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: August 6, 2014

                                CORMAC J. CARNEY
                          UNITED STATES DISTRICT JUDGE